Fitzalbert Fuller Jr
(plaintiff)

17cv1841

RECEIVED
MAR 10 2017
U.S.D.C.
WP

RECEIVED
SDNY DOCKET UNIT
2017 MAR 13 PM 2:09

against

Fitzalbert Fuller Sr
Vandel C. Fuller
Robert Fuller
Nicholas A. Fuller
Kerryanne C. Fuller *

Ina M. Fuller *
Dave V. Fuller *
Jacinth A. Fuller *
Maxwell A. Fuller *
Claudette E. Washington *
Amy R. Fuller *

Town of Lloyd Court: Judge O'lyea Judge Rizzo
Monroe County Public Defenders Office: Lataya Lee, Thomas Olynik, Thomas Winward, Karine Hasselbauer, Yuser Taha, Andrew*??
Anthony Oliver (State farm insurance) *
Barber Shop (Eastridge Rd): Tyson
Complemear: Elaine, Rhonda Williams, Mark, Kelley, Rich, Gary Fuller *
Adam Street (3 shoot): Demont Washington, Kaye Adams,
Volunteers of America: Claudette Washington, Jacelyn Hamilton, Jacquetta, Gail Berkes
Kimberly Harris/Redgrave
Ulster County Public Defenders Office: Thomas Melanson Esq. *
City Court (Kingston) Judge Williams
Gunk Haus: Dirk & Elizabeth
Hudson Vally Conceirge Services: Micah Jamal Bennett, Aaron Bennett
Clintondale Fire Department: James Riley, Robert Riley, Anthony Pettaway
Suny New Paltz (Sodexo): Ralph Perez, Maxwell Fuller, Diana Jackson, Sheriff Jenkins, maria vandermark *
Monroe County Probation & Parole: Delton Brown, David Walsh
Town of Greece Court: Judge Shiano Judge Barry Judge Campbell
Living Word Restoration: Bishop Turner, Pastor Linder, Demont Washington, Claudette Washington *
*: cases that became of illegal activity that had a major affect
Other individuals: Jermaine L. Dua

| | | |
|---|---|---|
| Matthew Laubach | Jalah Ishmeal flowers | Johnathan Ramos |
| Jason Lucido | Bill Laubach | Emily Laubach |
| Johnathan Quiles | Steven Delmar * | Mark Pampinella |
| Sharone Lewis/Fuller | Robert Davis | Marcus Blackwood |
| Jodin Shropshire | James Shaw | Nelson Williams |
| Frank Williams | Jamar Boothe | Amari Pile |
| Kimberly Gary | Shanel Pittman | Onecia Pile |
| Christine Decosta | Thomas Roberts | Regina Linder |
| Joseph Decosta | Anthony Pettaway * | Annesia Pettaway |
| Joshua Decosta | Thomas Redner * | Rashad Pittman * |
| Deon Washington * | Andrew Schmadel | Amber Baker |
| Desiree Washington/smith * | Molly Redner | Wesley Walker |
| Anthony Lino * | eBony Linder * | Sierra Linder |
| Johntavious Kimborough * | Thomas Linder Jr * | Dillan Turner * |
| Dion Kimborough | Isaiah Kimborough | William Kimborough |
| Jamal Smith | Octavious Kimborough | Talaya Kimborough |
| Julius Smith | Jasmine Smith | Rose Kimborough |
| Dina Perry | Stephen Williams | Gene Williams |
| Shaun Finley | Thomas Perconti | Mikiah Downing |
| Olivia Hernandez | Robert Robinson | Christopher Jordan |
| Kourtney Wood | Justin Olegeslauger | Andrew Grant |
| Keith Wood | Amanda Hernandez | Natalie Grant |
| Johnathan Nash sr, Jr * | Sebastien Gauthier | Lisa White |
| Bilal Johnson | Victoria Jackson | christopher crewe |
| Emmanuel Lunehman | Corey Ihrig | Joseph banks |
| Nyala Abrams | Andrew Sokolowski | Peter Gilkowski |
| | Jamadar Thrasher | Brian Anderson |

| | | |
|---|---|---|
| Facebook.com | myspace.com | Twitter.com |
| yahoo.com | dropbox.com | Tagged.com |
| Backpage.com | gmail.com | aol.com |
| Vine | Hotmail.com | instagram |
| plenty of fish | Icloud.com | LinkedIn |
| whatsapp | Snapchat | Aim |

* Only witnesses, Gabriel Henry * Javane A. Fuller *

(Page 2)

• Basis for Jurisdiction can be called as Federal Questions and Diversity of Citizenship

• On the basis for jurisdiction where Federal Question arise under 28 U.S.C. § 1331, where there is a States Duty to protect "You" and "Your" property! torts action is while my incarceration and on the process of being incarcerated my Identity was being stole and manipulated by individuals involved in a Scheme to retrieve my belongings? Along the way of being released I was falsely filed in the jail computer system and brought to inappropriate court dates for wrong cases and my property on the outside of jail was tampered with stolen. Also my property held by the jail was tampered with. Due to non correction of days and rules ignored about my case.

• As the plaintiff my State of citizenship is of the United States of America. The many defendants derive from non-citizens, to citizens, to individuals with Green Card elidgebility.

• All these places and individuals have facts to my case individually and in groups formed through conversation, school, Jobs, social media, myself, and the goal to get "Something" accomplished involving my surroundings without my consent. The area where the rise to my claim began in Ulster County and surrounding counties such as Dutchess and Orange. As far as I can remember back to where these claims occured was as a child around kindergarden. Many Things have happened but mostly an invasion of privacy that they wouldn't won't on themselves and changes from being petafiles to sexual harrassment can be charged. There are also personal injuries as well as mal practice, kidnapping, restraint, and identity misplacement. There has been unlawful imprisonment, perjury, and parental or gaurdian confusion. Not seeking blood test don't really believe we are related just want was is mine back justicely. I have filed paperwork about what and who did it some may go to Court, I haven't received many responces. I can say they are guilty and prove it but the law hasn't found them guilty as of yet. There has been many individuals involved from Colorable officals, to neighborhood watch, in-laws, persons trying to be in a relationship, exes, old friends, nosey neighbors, stalkers, children, snitches, informants and all types of immigrants. Many persons have seen what happen for there has been many unauthorized recordings known and not known of, from pictures to videos. The numbers could be from zero to a million on the proximate source.

• As of right now I want the Court to hear all my cases fairly and justly in a location neutral to these individuals for they have advantages of whatever in different counties, In order for that to happen I need a fund of a certain amount as well as specific identification and liscences to protect what I have left and to procede properly with more hiccups from the "defendants" as I take the place of the plaintiff this time. I really haven't made a list of what I am seeking but when the oppurtunity presents itself I believe I will be more than ready since I "face time" now that can probably have me incarcerated for around seven years, maybe more.

* I declare under penalty of perjury that the foregoing is true and Correct

Signed this feb day of 28th, 20 17.

Signature [signature]

Mailing Address
telephone number
Fax number

* I declare under penalty of perjury that on this Feb day of 28th, 20 17, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York

Signature! [signature]

inmate number: Morris # 383019

UCJ: Ulster County Jail

MCJ & F: Monroe County Jail & Facility

(also Rochester City Police)




Fitzalbert Fuller Jr

[signature]

Feb. 27, 2017

A) 11-12 Stitches (Attica): Inmate with staff help used an object to cut me and had staff take him away from retaliation. Staff both known.

B) lower Back (UCJ): Correctional Officer kicked me forcing me to take an unnecessary shower then denied and shortly after I was transferred to Attica (Utica)

C) Back of neck (MCJ & F): 700 unit @ MCF I awoke with thin cuts on the back of my neck October (2015)

D) Back tooth (MCJ & F): "Officer" "slammed" me on the concrete saying I was resisting arrest while he had tobacco in his mouth

E) left Rib Cage (MCJ & F): "Officer" "Slammed" me on the Concrete then hopped on my back (no medical assistance)

F) Shoulder Blade (MCJ & F): "Officer" "Slammed" me on the Concrete (no medical assistance)

G) Wrist (MCJ & F): Deputies inside after a false call already handcuffed in cell #9 cut my wrist trying to say it was the handcuffs because I couldn't stay still.

H) throat (MCJ & F): "Officer Palooza" Put his hands on my neck while I was handcuffed to silence me from talking.

I) Knees (MCJ & F/UCJ): "Officer Palooza" pushed me by my neck backwards to sit down for I was complaining about injuries.

J) Hip Pointer (MCJ & F): "Officer" "Slammed" me on the Concrete

K) Internal Bleeding never given the cause occassionally happens (maybe from forced medication)

Fitzalbert Fuller Jr (April 28th - 29th) <and previous dates>

against

Monroe County Jail & Rochester City Police Department

Fitzalbert Fuller Jr (January 2014 - April 15th) (Previous dates in Ulster)

against

Ulster County Jail & Attica Prison

Fitzalbert Fuller Jr

against (2009 - to present date)

Sodexo union for employees

Whether this is jail or prison I am suppose to receive some type of Compensation for the time, injuries, and possesional losses forced upon me legally and illegally. I may now have to file for bankruptcy and I have no means of money to even have a lawyer consider talking to me. This all originates from this County of Monroe. I may now have to face prison time on account that I may be charged with information that is not updated by systems of law enforcement that individuals plan to take advantage of. Whatever they want to discuss they have opted out of settling outside of court for it would be a hassle for me inside of any Courthouse for I would have to find neutral grounds to procede. I dont have immunity like some do and I dont have someone to take my place or stand in for me while I catch a break, But all I know is Constitutionally alot of Government rights have to be returned to me to live as an U.S citizen.

Addresses:

Facebook Administration Headquarters
Hacker Way, Menlo Park, California 94025

Town of Greece Courthouse
4 Vince Tofany Boulevard
Rochester NY 14612

hello, to whom this may pertain to

This package of papers I am submitting in this envelope talks about many individual persons interfering and individual inserting persons, information of all kinds, and problems into a cause and placing it on my name and appearance for over several years now before and after becoming a legal adult. This conspiracy consists of solicitation, facilitation, contempt, eavesdropping, bribery, restraint, unlawful conduct, kidnapping, coercion and extortion. Some of these persons have used companies they have work and worked for to also influence this conduct, Others have used religous ties and alot of persons have put them all together on a wide scale to get their point accross. This harassment has takin on many forms from social human interaction to technological interferance. Where to I believe my identity is trying to be takin causeing a reputational downgrade. I have also put in this package places and persons I have contacted through letters about this situation. These individuals want me to open "a door" that they have closed for me and themselves and grow aggitated because of no co-operation legally or illegally. I give you permission to contact whoever I put on that contact list with address and possible phone numbers. At this time I am incarcerated at Monroe County Jail in

Rochester New York 14614 and my identification number is "383019" where also brings along problems of its own from the past. I hope this letter is taken into high consideration because if I get out in a years time of this letter or not I am fully pursueing to win or lose because these individuals cause me more than just time of and on my life. While they hide that they have law enforcement in their family that is corrupted and are trying to make a run either taking the stakes higher or use black mail to get somewhere. Which some people may want to issue a permanant order of protection, but I don't know their names just their ways of attempted manipulation that failed. I didn't know I need a fill in for living my own life the way the constitution gives me the right to. I have two different Jail identification numbers and I haven't even left the state or changed my name. I can't even number the amount of times an official has falsely entered me in the system or said "your not in the system" give my proper information and got penalized for it.

[signature]

Fitzalbert Fuller
130 S. Plymouth Ave
Rochester NY 14614
Plaza South #31
ID #"383019"

[signature]

please, if there is a response send it to the Monroe County Jail address, Thank You

his forme that I received is inaccurate in many ways, the time it was presented, the officer who presented it and why it was presented to me. Yes I denied relocating after being told nothing about a relocation or a legitimate reason why. there was no inscbordination when handcuffs were put on me to leave. I denied going to a floor where I was previously moved illegally because of coincidences with officers and inmates. The officer who wrote this form wasn't even the first to arrive on scene to be even able to make a call or give a search after I just returned from court. Do you know how many individuals deny transfers and not get "box" time and again I was moved again illegally when Im not even sentenced. Its not a coincidence some persons I have complained about in the past are trying to make up time I beat in court legally and now are trying to hide from a lawsuit. I was moved for they didn't want someone to get hurt. After that same individual assaulted me with help and they did nothing about it. Now "they" are protecting inmates but "they" cut my wrist (officers) and an illegal law enforcement person broke my rib as a civilan not an inmate then brought me to jail to say i tried resisting so he had to use force. Is this Jail, Prison or a friendship gathering, there must be confusion. If its Jail or Prison and incident has to happen for this inmate situation to happen. there were no calls. "He" the officer can say he doesn't know me from a whole in the wall, but you saw me after court and knew where I was to make that change. To prevent a situation you have to know of the situation and "you" waited until march when part of the incident happened in December. And Ive contacted outlets since October 2016. Now to break things up before something happens after your associate gets a cheap shot and violation in humanely or gang oriented terms is uncalled for, and he has no business if he doesn't know to intervene. Someones gotta pay and im sure in about 11 different ways and counting. Who are these lock in days really for. Who are you trying to get out illegally now.

I was not trying to bring extra trouble in this facility for I have cases open already that can be altered, if so. but these special privelaged forced me into jail to try and play their whose going to help you game when I already put in paperwork for their harassment to stop. I dont want to join their rico, I dont need an order of protection or witness protection for the papers are in process. I cant be denied all ways to proceed in this matter, thats unjust. I could really get technical and go after individual inmates in court seperately for my time and money but they are being protected and if your protecting them you either are with them or knew about whats going on and you know who I am. All because I turned down a bribe. Its okay to attempt under procedures in and out of incarceration by these group of persons in this community and the specified victim be penalized until they work another plan to do it again.

[signature]

March 6th, 2017

ADAM Street 3 School:

Faye Adams
Mr. Larry Houston "Reid"
Sufi
Janell
Mey Yo
Joe ("Us Services")
James Johnson Sr

Demont Washington
Gabriella Diaz
Mohagany
Fredo
Boomer
Dez
Oliver Jackson
James Johnson Jr

**MONROE COUNTY SHERIFF'S OFFICE** **JAIL BUREAU**

## NOTIFICATION OF CONFINEMENT PENDING ADMINISTRATIVE REVIEW

**Section I: To be completed by Duty Sergeant**

**Date & Time:** 3/3/17 2000hrs **IMS Incident #** 17000976

**TO: Inmate** Fitalbert Fuller SHU01

**Inmate ID#** 383019

**From Sergeant** Friedo #2446

**You will be confined to your cell pending administrative review. This action is being taken in the interest of the safety, security and good order of the facility.**

☑ **Restriction of Group Activities** - Teacher and Clergy will see in housing area if applicable

**Brief Desciption of Circumstances:**

Refusal to relocate

**Print and provide a copy to Inmate.**

☑ **Serving Member to Place Administrative Log Note in Floor Activity Log**

**Attach Completed Form to Incident Package.**

**Section II: For Administrative Use Only**

**Reviewed &** ☐ **Approved** ☐ **Not Approved for Continued Confinement**

**Comment:** ______________________________________________

______________________________________________

______________________ ______________

**Administrative Review** **Date**

Monroe County Jail & Facility
.. Plymouth Avenue So
Rochester, New York 14614
Fitzalbert Fuller Jr
MORRIS # 383019

ROCHESTER
NY 144
07 MAR '17
PM 1 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.67⁰
0000882410 MAR 07 2017
MAILED FROM ZIP CODE 14614

RECEIVED
SDNY DOCKET UNIT
2017 MAR 13 PM 2:09

United States District Court
Southern District of New York
Charles L. Brient, JR.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

RECEIVED
MAR 10 2017
U.S.D.C.
WP

USM WP
SDNY

10601-414000